| | |
|---|---|
| STEPHANIE S. CHRISTENSEN<br>Acting United States Attorney<br>SCOTT M. GARRINGER<br>Assistant United States Attorney<br>Chief, Criminal Division<br>KYLE W. KAHAN (Cal. Bar No. 298848)<br>Special Assistant United States Attorney<br>General Crimes Section<br>    1200 United States Courthouse<br>    312 North Spring Street<br>    Los Angeles, California 90012<br>    Telephone:    (213) 894-2238<br>    Facsimile:    (213) 894-0141<br>    E-mail:       kyle.kahan@usdoj.gov | **Note Change Made by Court** |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>MICHALEA LATISE BARKSDALE,<br>   aka "Miichi Bee," and<br>TOYA TOSHELL HUNTER,<br><br>            Defendant. | No. CR 2:21-586(A)-JFW<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would

1 deny defense counsel the reasonable time necessary for effective preparation, taking into account the
2 exercise of due diligence; and (iv) there is a reasonable period of delay as the defendants are joined for
3 trial that has not run and no motion for severance has been granted.
4     THEREFORE, FOR GOOD CAUSE SHOWN:
5     1.    The trial in this matter is continued **from October 18, 2022, to March 28, 2023 at 8:30
6 a.m., for defendant-Hunter**.  The trial in this matter is continued **from November 8, 2022, to March
7 28, 2023 at 8:30 a.m., for defendant-Barksdale**.  The joint trial for the defendants is set for **March
8 28, 2023, at 8:30 a.m.**  The status conference hearing is continued to **March 10, 2023, at 8:00 a.m.**
9     2.    The time period from the date the stipulation was filed, September 12, 2022 to March
10 28, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant
11 to 18 U.S.C. §§ 3161(h)(6), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).
12    3.    Defendants shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street,
13 Los Angeles, California on March 28, 2023, at 8:30 a.m., and on March 17, 2023, at 8:00 a.m.
14    4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial
15 Act dictate that additional time periods are excluded from the period within which trial must
16 commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the
17 future authorize the exclusion of additional time periods from the period within which trial must
18 commence.
19     IT IS SO ORDERED.

  September 12, 2022                                        _____
        DATE                                                HONORABLE JOHN F. WALTER
                                                            UNITED STATES DISTRICT JUDGE

**CC: USPO/PSA; USM**

Presented by:

 */s/ Kyle W. Kahan*
KYLE W. KAHAN
Special Assistant United States Attorney