1   E. MARTIN ESTRADA
United States Attorney
2   MACK E. JENKINS
Assistant United States Attorney
3   Chief, Criminal Division
KYLE W. KAHAN (Cal. Bar No. 298848)
4   Assistant United States Attorney
International Narcotics, Money Laundering,
5   and Racketeering Section
        1400 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2238
        Facsimile: (213) 894-0141
8       E-mail:    kyle.kahan@usdoj.gov

9   Attorneys for Plaintiff
UNITED STATES OF AMERICA

10

                    UNITED STATES DISTRICT COURT
11

                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

UNITED STATES OF AMERICA,          No. CR 2:21-586(A)-JFW-1
13
            Plaintiff,             JOINT STATEMENT ON LOSSES AND
14                                 RESTITUTION

                v.
15                                 Hearing Date: August 7, 2023
MICHALEA LATISE BARKSDALE,         Hearing Time: 8:00 a.m.
16                                 Location:    Courtroom of the
            Defendant.                          Hon. John F. Walter
17

18

19       Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of
20
California and Assistant United States Attorney Kyle W. Kahan, and
21
defendant Michalea Latise Barksdale, by and through her attorney of
22
record, Deputy Federal Public Defender Erin M. Murphy, hereby files
23
///
24
///
25

26

27

28

their Joint Statement on Losses and Restitution, pursuant to this Court's June 21, 2023 Order (Dkt. 84).

Dated: July 10, 2023                    Respectfully submitted,

                                        E. MARTIN ESTRADA
                                        United States Attorney

                                        MACK E. JENKINS
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        */s/ Kyle W. Kahan*
                                        KYLE W. KAHAN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: July 10, 2023

                                        *Signed on behalf of Erin M. Murphy*
                                        *with email authorization*
                                        ERIN M. MURPHY
                                        Deputy Federal Public Defender

                                        Attorney for Defendant
                                        MICHALEA LATISE BARKSDALE

2

**JOINT STATEMENT REGARDING LOSSES AND RESTITUTION**

On June 28, 2023, the United States provided defendant with the evidence it intended to rely on in support of calculations for losses and restitution in the pending sentencing hearing.  On July 5, 2023, lead counsel for the United States and defendant met and conferred in-person at the United States Attorney's Office in Los Angeles, California.  After meeting, conferring, and reviewing the government's evidence, the parties have agreed on the following loss and restitution calculations:

**A.    Intended Loss**

The parties agree that the intended loss in this matter is $274,738.53.  This is based on intended losses to Bank of America totaling $215,641.53, and intended losses to Fiserv totaling $59,097.

**B.    Restitution**

The parties agree that the appropriate restitution in this matter is $253,041.53.  This is based on actual losses to Bank of America totaling $215,641.53, and actual losses to Fiserv totaling $37,400.